**FILED**

SEP - 6 2018

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
                                                    )        Case No. **18CR  556**
            v.                                      )
                                                    )        Violations: Title 21, United States
JOSE GARCIA-ARROYO, also known as )        Code, Section 841(a)(1) )
"Mexico"                                            )
JASMIN GARCIA, also known as "Jazzy" )        **UNDER SEAL**      **JUDGE SHAH**
CARLOS CHAVEZ                                       )
                                                    )        **MAGISTRATE JUDGE SCHENKIER**

**COUNT ONE**

The SPECIAL JULY 2018 GRAND JURY charges:

On or about March 28, 2017, at Chicago, in the Northern District of Illinois,

Eastern Division, and elsewhere,

            JOSE GARCIA-ARROYO, also known as "Mexico,"

defendant herein, did knowingly and intentionally distribute a controlled substance,

namely, a quantity of a mixture and substance containing a detectable amount of

cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about April 19, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOSE GARCIA-ARROYO, also known as "Mexico,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about May 1, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOSE GARCIA-ARROYO, also known as "Mexico,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about May 9, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOSE GARCIA-ARROYO, also known as "Mexico,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about June 8, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOSE GARCIA-ARROYO, also known as "Mexico,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about August 29, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOSE GARCIA-ARROYO, also known as "Mexico," and
JASMIN GARCIA, also known as "Jazzy,"

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT SEVEN

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about October 12, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOSE GARCIA-ARROYO, also known as "Mexico,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about October 18, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOSE GARCIA-ARROYO, also known as "Mexico," and
CARLOS CHAVEZ,

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY